```
1   Frank Woodson
    Navan Ward
2   BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6
7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Judy Shearer, et al. vs. Pharmacia Inc, et al.* (05-4581 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Barbara J. Williams vs. Pfizer Inc, et al.* (06-1670 CRB) | |
| *Michele Walker, et al. vs. Pfizer Inc, et al.* (06-1878 CRB) | |
| *Stephanie Shearer vs. Monsanto Company, et al.* (06-1902 CRB) | |
| *Joe Vega, et al. vs. Pfizer Inc, et al.* (06-2440 CRB) | |
| *Brad Henry Taylor vs. Pfizer Inc, et al.* (06-2577 CRB) | |
| *James Preston Taylor vs. Pfizer Inc, et al.* (06-2863 CRB) | |
| *John H. Roberts, Jr. vs. Pfizer Inc, et al.* (06-3062 CRB) | |
| *Patsy Lynn Stegall vs. Pfizer Inc, et al.* (06-3084 CRB) | |

-1-

*Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
(06-3100 CRB)

*Barbara Smith, et al. vs. Pfizer Inc, et al.*
(06-3102 CRB)

*Arnold Swick vs. Pfizer Inc*
(06-3304 CRB)

*Corrine Morrisette vs. Pfizer Inc, et al.*
(06-3363 CRB)

*Sylvia Wingard vs. Pfizer Inc, et al.*
(06-3653 CRB)

*Susan Smith vs. Pfizer Inc, et al.*
(06-3951 CRB)

*Clarence Edward Smith vs. Pfizer Inc, et al.*
(06-3957 CRB)

*Mary Vernick vs. Pfizer Inc, et al.*
(06-4102 CRB)

*Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.*
(06-4285 CRB)

*Marvin Rogers vs. G.D. Searle LLC, et al.*
(06-4514 CRB)

*Shirley Lindeen vs. G.D. Searle LLC, et al.*
(06-4515 CRB)

*Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.*
(06-4547 CRB)

*Charles Snodgrass vs. Pfizer Inc, et al.*
(06-4661 CRB)

*John Vandale vs. Pfizer Inc, et al.*
(06-5257 CRB)

*William Coulson, et al. vs. Pfizer Inc, et al.*
(06-5261 CRB)

*Dick Shepherd vs. Pfizer Inc, et al.*
(06-5417 CRB)

*Robin Morrison, et al. vs. Pfizer Inc, et al.*
(06-6900 CRB)

*Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)

3

4  *Florence Salle vs. Pfizer Inc, et al.*
   (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)

6

7  *William Edward Simpson vs. Pfizer Inc, et al.*
   (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)

9

10 *Deanna L. Walston vs. Pfizer Inc, et al.*
   (07-1318 CRB)

11 *Louis Romanelli vs. Pfizer Inc, et al.*
   (07-2631 CRB)

12

13 *Johnnie L. West vs. Pfizer Inc, et al.*
   (07-5687 CRB)

14 *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
   (07-5915 CRB)

15

16 *Gene Summers vs. Pfizer Inc, et al.*
   (08-0259 CRB)

17 *Maria Avendano vs. Pfizer Inc, et al.*
   (08-1099 CRB)

18

19 *Mary Woodall vs. Pfizer Inc, et al.*
   (08-1183 CRB)

20 *Mildred Sturdavant vs. Pfizer Inc, et al.*
   (08-1976 CRB)

21

22 *Netra Thomas vs. Pfizer Inc, et al.*
   (08-2110 CRB)

23 *John Denton vs. Pfizer Inc, et al.*
   (08-2459 CRB)

24

25 *Joanne Schwandt vs. Pfizer Inc, et al.*
   (08-2604 CRB)

26 *Donald Schwanke vs. Pfizer Inc, et al.*
   (08-3709 CRB)

27

28 *Cheryl Samuel vs. Pfizer Inc, et al.*
   (09-0888 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10·29, 2009 By: ______________________

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009 By: ______________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 13 2009

Hon. Charles R. Breyer
United States District Court